THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN PEREZ, Also Known as JOSE SOLANO, Appellant. [43 NYS3d 894]—

Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered June 4, 2014, convicting defendant, upon his guilty plea, of assault in the second degree, and sentencing him, as a second felony offender, to a term of three years, unanimously reversed, on the law, the plea vacated, and the matter remanded to Supreme Court for further proceedings.

Defendant entered his guilty plea in consideration of a promise that he would receive a sentence to run concurrently with the sentences imposed for his Kings County convictions. As the People concede, since that conviction has been reversed on appeal, defendant is entitled to withdraw his plea (*People v Fuggazzatto*, 62 NY2d 862 [1984]).

This determination renders academic defendant's remaining

challenges to his guilty plea. Concur—Andrias, J.P., Moskowitz, Kapnick, Webber and Kahn, JJ.